ILND 450 (Rev. 10/13) Judgment in a Civil Action
Case: 1:15-cv-10989 Document #: 116 Filed: 11/24/20 Page 1 of 1 PageID #:1554

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Paul Montador,

Plaintiff(s),

v.

National Hockey League, National Hockey League Board of Governors,

Defendant(s).

Case No. 15-cv-10989
Judge John Z. Lee

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s) and against defendant(s) in the amount of $       ,

which ☐ includes   pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s) and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered in favor of Defendants and against Plaintiff as to Counts I, II, III and IV as set forth in the order of 11/24/20. All claims are dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge   presiding, and the jury has rendered a verdict.
☐ tried by Judge   without a jury and the above decision was reached.
☒ decided by Judge John Z. Lee on a motion for summary judgment.

Date: 11/24/2020                    Thomas G. Bruton, Clerk of Court

                                    Carmen Acevedo , Deputy Clerk